UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.  2:24-mj-1089-DNF

**EDUARDO RODRIGUEZ**

| **Judge:** | Douglas N. Frazier | **Counsel for Government** | Chelsey Hanson |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Ellis Summers |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Ruben Fournier |
| **Date/Time** | May 8, 2024 1:45 PM | **Interpreter** | N/A |
| **Bench Time** | 40 minutes | | |

## Initial Appearance -Rule 5

Defendant advised of rights. Federal Public Defender appointed for this hearing based on financial affidavit. Government proceeded by proffer.

Government seeking detention based on a risk of flight. Defendant seeking bond with conditions. Detention Hearing to be continued and will be set by separate notice.

Defendant remains in custody pending further proceedings.